UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA HASLAM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHUSTER LABORATORIES, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 05-10809-RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Shuster Laboratories, Inc. files this Corporate Disclosure Statement:

1.　Specialized Technology Resources, Inc., located at 10 Water Street, Enfield, CT 06082-4899 is a parent company of Defendant Shuster Laboratories, Inc.;

2.　No publicly held company owns 10% or more of any interest in Shuster Laboratories, Inc.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　SHUSTER LABORATORIES, INC.

　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　**HOLLAND & KNIGHT LLP**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Liam T. O'Connell (BBO# 558249)
　　　　　　　　　　　　　　　Leigh Earls Slayne (BBO# 567865)
　　　　　　　　Maura Gerhart (BBO# 654695)
　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　(617) 523-2700

Dated:  June 24, 2005

## CERTIFICATE OF SERVICE

I certify that I have caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served on the parties listed below via first class mail on this 24th day of June, 2005:

William J. McLeod, Esq.
McLeod Law Office, P.C.
77 Franklin Street
Boston, MA  02110

_____
Maura J. Gerhart, Esq.

# 3017160_v1