UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

ALICIA HASLAM,

    Plaintiff,

-v-                                      CIVIL NO. 05-10809 RWZ

SHUSTER LABORATORIES, INC.

    Defendant.

_____

## CERTIFICATION
### Local Rule 16.1(D)(3)

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation in this matter, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rules of the United States District Court for the District of Massachusetts.

Plaintiff's Counsel                                           Plaintiff

__/s/ William J. McLeod_____         /s/ Alicia Haslam_____
William J. McLeod, BBO No. 560572     Alicia Haslam
McLeod Law Offices, P.C.
77 Franklin Street
Boston, MA 02110
(617) 542-2956


DATED: July 14, 2005                          DATED: July 6, 2005