UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALICIA HASLAM,

          Plaintiff,

v.

SHUSTER LABORATORIES, INC.,

          Defendant.

Civil Action No. 05-10809

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Shuster Laboratories, Inc. and its counsel affirm that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

SHUSTER LABORATORIES, INC.,

By: _____
Claudia Montez
Shuster Laboratories, Inc.

COUNSEL FOR SHUSTER LABORATORIES, INC.,

_____
Liam T. O'Connell (BBO #558429)
Maura J. Gerhart (BBO #654695)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: July 26, 2005
# 3092815_v1