UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA HASLAM,<br><br>                              Plaintiff,<br><br>    v.<br><br>SHUSTER LABORATORIES, INC.,<br><br>                              Defendant. | Civil Action No. 05-10809 RWZ |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff Alicia Haslam and Defendant Shuster Laboratories, Inc. respectfully

submit this joint motion to extend the discovery deadline from May 31, 2006 to June 30,

2006.  As grounds in support, the parties through their counsel represent that

scheduling conflicts are interfering with the completion of depositions.

The parties also request that the deadline to file Motions for Summary Judgment

be extended by 30 days, and that the conference of July 13, 2006 be similarly extended

by 30 days (which will be a pretrial conference in the even no Summary Judgment

motions are filed).


SHUSTER LABORATORIES, INC.,          ALICIA HASLAM,
By its attorneys,                    By her attorney,
HOLLAND & KNIGHT LLP                 MCLEOD LAW OFFICES, PC


/s/ Liam T. O'Connell (by WJM)       /s/ William J. McLeod
Liam T. O'Connell (BBO# 558249)      William J. McLeod (BBO# 560572)
Maura J. Gerhart (BBO# 654695)       77 Franklin Street
10 St. James Avenue                  Boston, MA 02110
Boston, MA   02116                   (617) 542-2956
(617) 523-2700

Dated:  May 30, 2006