UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

ALICIA HASLAM,

    Plaintiff,

-v-                                            CIVIL NO. 05-10809 RWZ

SHUSTER LABORATORIES, INC.

    Defendant.

_____

**PLAINTIFF'S MOTION TO COMPEL TESTIMONY**
**FROM NON-PARTY WITNESSES AND FOR SANCTIONS**

    The Plaintiff in the above captioned matter hereby moves for an order compelling testimony from non-party witnesses Maryann Sullivan and Scott Williams on all discussions with or concerning Defendant's counsel.

    As grounds in support, the Plaintiff represents that there is no legitimate attorney-client relationship between these witnesses and the Defendant's counsel and this is an appropriate subject of discovery.

    Plaintiff also seeks sanctions.

    A memorandum of facts and law is attached hereto and filed herewith.

    WHEREFORE, for all of the foregoing reasons, the Plaintiff respectfully requests that this Motion be GRANTED.

1

**Certification pursuant to Local Rule 7.2(A)(2)**

The undersigned hereby certifies that pursuant to Local Rule 7.1(A)(2), counsel for the parties conferred at least twice in a good faith attempt to resolve and/or narrow the issues presented in the motion.

                              Respectfully submitted:
                              THE PLAINTIFF
                              Alicia Haslam

                              By her counsel:

DATED:   July 19, 2006

                              __/s/ William J. McLeod_____
                              William J. McLeod, BBO. 560572
                              McLeod Law Offices, PC
                              77 Franklin Street
                              Boston, MA  02110
                              (617) 542-2956/phone
                              (617) 695-2778/fax
                              wjm@mcleodlawoffices.com