UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA HASLAM,<br><br>                    Plaintiff,<br><br>v.<br><br>SHUSTER LABORATORIES, INC.,<br><br>                    Defendant. | Civil Action No. 05-10809 RWZ |

## ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO COMPEL

Defendant Shuster Laboratories, Inc. requests an extension of time within which it must file its Opposition to Motion to Compel in the above-captioned matter, up through and including August 7, 2006. As grounds for this Motion, Defendant states that Plaintiff has assented to the Motion.

SHUSTER LABORATORIES, INC.,

By its attorneys,

HOLLAND & KNIGHT LLP

_____/s Liam T. O'Connell_____
Liam T. O'Connell (BBO# 558249)
Maura J. Gerhart (BBO# 654695)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
liam.oconnell@hklaw.com

Dated: August 4, 2006

      I hereby certify that this documents(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 4, 2006.

                                    /s Liam T. O'Connell, Esq.

# 3947963_v1