UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA HASLAM,<br><br>                      Plaintiff,<br><br>v.<br><br>SHUSTER LABORATORIES, INC.,<br><br>                      Defendant. | Civil Action No. 05-10809 RWZ |

**JOINT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

Plaintiff Alicia Haslam and Defendant Shuster Laboratories, Inc. respectfully submit this joint motion to extend the deadline to file dispositive motions from November 30, 2006 to January 31, 2007.

As grounds in support, the undersigned represent that the parties will commence mediation on this matter on Monday, November 20.

At this time, it is unclear how long the mediation will last, and both parties agree that resources should be focused on the mediation, rather than preparation and defending of dispositve motions.

The parties will file a status report with the Court by December 15, 2006.

WHEREFORE, the parties request that this motion be allowed and that the Court

any additional relief deemed equitable, just and proper.

| | |
|---|---|
| SHUSTER LABORATORIES, INC., <br> By its attorneys, <br> HOLLAND & KNIGHT LLP | ALICIA HASLAM, <br> By her attorney, <br> MCLEOD LAW OFFICES, PC |
| /s/ Liam T. O'Connell (by WJM) <br> Liam T. O'Connell (BBO# 558249) <br> Maura J. Gerhart (BBO# 654695) <br> 10 St. James Avenue <br> Boston, MA  02116 <br> (617) 523-2700 | /s/ William J. McLeod <br> William J. McLeod (BBO# 560572) <br> 77 Franklin Street <br> Boston, MA 02110 <br> (617) 542-2956 |

Dated:  October 31, 2006

2