UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA HASLAM,<br><br>                     Plaintiff,<br><br>v.<br><br>SHUSTER LABORATORIES, INC.,<br><br>                     Defendant. | Civil Action No. 05-10809 RWZ |

### STIPULATION OF DISMISSAL

The parties hereto, by their counsel, do hereby stipulate that this action be dismissed with prejudice, without costs or fees, and with all rights of appeal waived.

SHUSTER LABORATORIES, INC.,

By its attorneys,

HOLLAND & KNIGHT LLP

_____
Liam T. O'Connell (BBO No. 558249)
Maura J. Gerhart (BBO# 654695)
10 St. James Avenue
Boston, MA 02116
617-523-2700

Date: December ___, 2006

# 4201803_v1

ALICIA HASLAM,

By her attorney,

_____
William J. McLeod
77 Franklin Street
Boston, MA 02110
617-542-2956